## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

KATHERINE M. BOVA-BEARD
individually and on behalf of decedent, LISA L. BOVA-BEARD

VS                                         CASE NO.  3:22cv7752-MCR/GRJ

BP EXPLORATION & PRODUCTION,
INC, and BP AMERICA PRODUCTION
COMPANY

**FINAL JUDGMENT**

This action came before the Court with the Honorable M. Casey Rodgers presiding and a decision has been rendered.

Final Summary Judgment is entered in favor of Defendants BP EXPLORATION & PRODUCTION, INC. and BP AMERICA PRODUCTION COMPANY and entered against Plaintiff, KATHERINE M. BOVA-BEARD, along with tax costs.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

March 31, 2023                                  /s/ *Donna Bajzik*
DATE                                            Deputy Clerk: Donna Bajzik